IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY GAY as the Wrongful Death Personal
Representative of the ESTATE OF RODNEY
LYNCH, RHONDA LYNCH, Individually and
On Behalf of L.N.L., a Minor Child, SHENALE
LEANN TSO, Individually, MELANIE LYNN
LYNCH, Individually, and AMBER REE LYNCH,
Individually,

       Plaintiffs,

vs.                                       Cause No. 1:21-CV-00604 JCH/KK

JUSTIN OLVERA, in his individual capacity,
ELIJAH BOWMAN, in his individual capacity,
CITY OF GALLUP, a Municipal Corporation
of the State of New Mexico and GALLUP POLICE
CHIEF FRANKLIN BOYD,

       Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS JUSTIN OLVERA, ELIJAH BOWMAN AND FRANKLIN BOYD

COME NOW Plaintiffs, Jeremy Gay as the Wrongful Death Personal Representative of the Estate of Rodney Lynch, Rhonda Lynch, Individually and on Behalf of L.N.L, Shenale Leann Tso, Melanie Lynn Lynch and Amber Ree Lynch, by and through their counsel, and pursuant to Fed.R.Civ.P. 41, hereby stipulate to dismissing with prejudice any and all claims asserted against Defendants Justin Olvera, Elijah Bowman and Franklin Boyd. In accordance with said Rule, this stipulation of dismissal with prejudice has been signed by counsel for all parties who have appeared herein. Each party shall bear their own costs.

Respectfully submitted,

Keeler & Keeler, LLP

*/s/ William R. Keeler*
William R. Keeler
*Attorneys for Plaintiffs*
235 West Historic Highway 66
Gallup, NM 87301
(505) 722-5608
billkeeler@keelerandkeeler.com

YLAW, P.C.

*/s/ Robert W. Becker*
Robert W. Becker
*Attorneys for Defendant Justin Olvera*
4908 Alameda Blvd., NE
Albuquerque, NM 87113-1736
(505) 266-3995
rbecker@ylawfirm.com

Mason & Isaacson, P.A.

*/s/ Thomas Lynn Isaacson*
Thomas Lynn Isaacson
*Attorneys for Defendants City of Gallup, Elijah Bowman and Franklin Boyd*
104 E. Aztec Avenue
Gallup, NM 87301-6256
(505) 722-4463
tli@milawfirm.net