IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY GAY as the Wrongful Death Personal
Representative of the ESTATE OF RODNEY
LYNCH, RHONDA LYNCH, Individually and
On Behalf of L.N.L., a Minor Child, SHENALE
LEANN TSO, Individually, MELANIE LYNN
LYNCH, Individually, and AMBER REE LYNCH,
Individually,

                        Plaintiffs,

vs.                                                  Cause No. 1:21-CV-00604 JCH/KK

CITY OF GALLUP, a Municipal Corporation
of the State of New Mexico,

                        Defendant.

## ORDER OF REFERENCE

THIS MATTER is before the Court on the *Joint Motion for Fairness Hearing Involving a Minor Child* (ECF. No 40) for the purpose of advising the Court of the appropriateness of the proposed settlement so that this Court can properly protect the interest of the minor beneficiary. The Court refers this matter to United States Magistrate Kirtan Khalsa in accordance with 28 U.S.C.§ 636(b)(1)(B), to conduct a fairness hearing and to perform any legal analysis required to recommend to the Court whether the settlement is in the best interests of the beneficiary and whether it should be approved. Magistrate Judge Khalsa should submit proposed findings of fact and recommendations for disposition of the motion to this Court. The parties then will have fourteen days to serve and file written objections to the proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).

_____
SENIOR UNITED STATES DISTRICT JUDGE