# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Clerk's Minutes**

Wednesday, July 13, 2022, at 1:30 p.m.

*Gay, et al. v. City of Gallup*

Civ. No. 21-604 KK

On the record **[SEALED]**: Liberty Player Court Recording System, ABQ-MJ6thFloorSouth_ 20220713_132436.dcr

| | |
|---|---|
| **PLAINTIFFS' ATTORNEY PRESENT:** | William R. Keeler |
| Also Present: | Rhonda Lynch |
| | Jeremy Gay, Esq. |
| | Melanie Lynch |
| **DEFENDANT'S ATTORNEY PRESENT:** | Thomas Lynn Isaacson |
| **GUARDIAN AD LITEM:** | Matthew Vance |
| Also Present: | Lisa Schatz-Vance, Esq. |

**TYPE OF PROCEEDING:** Telephonic Status Conference

Time – <u>1 hour 21 minutes</u>

**CLERK'S MINUTES:**

- The Court held a fairness hearing.