IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY GAY as the Wrongful Death Personal
Representative of the ESTATE OF RODNEY
LYNCH, RHONDA LYNCH, Individually and
On Behalf of L.N.L., a Minor Child, SHENALE
LEANN TSO, Individually, MELANIE LYNN
LYNCH, Individually, and AMBER REE LYNCH,
Individually,

                Plaintiffs,

vs.                                Cause No. 1:21-CV-00604 KK

CITY OF GALLUP, a Municipal Corporation
of the State of New Mexico,

                Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Joint Motion to Dismiss Plaintiffs' Complaint with Prejudice, and the Court having reviewed the Motion and the file in this matter, and being otherwise advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiffs' Complaint is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

                                                  _____
                                                  KIRTAN KHALSA
                                                  UNITED STATES MAGISTRATE JUDGE

Submitted and approved by:

MASON & ISAACSON, P.A.

By: /s/ *Thomas Lynn Isaacson*
Thomas Lynn Isaacson
P.O. Box 1772
104 E. Aztec
Gallup, New Mexico 87301
(505) 722-4463
(505) 722-2629 (F)
tli@milawfirm.net
*Attorneys for Defendant City of Gallup*


KEELER & KEELER, LLC

By: /s/ *William R. Keeler*
William R. Keeler
235 West Historic Highway 66
Gallup, NM 87301
(505) 722-5608
billkeeler@keelerandkeeler.com
*Attorneys for Plaintiffs*


LAW OFFICE OF MATTHEW VANCE, P.C.

By: /s/ *Matthew A. Vance*
Matthew A. Vance
3800 Osuna Rd NE, Ste 2
Albuquerque, NM 87109
(505) 242-6267
mattvance@mattvancelaw.com
*Guardian ad Litem*